JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–5438.   LEWIS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition. ■

No. 82–6255.   SMITH, AKA EL-AMIN *v.* GOVERNMENT OF THE VIRGIN ISLANDS, *ante,* p. 831;

No. 82–6888.   KAPLAN *v.* OFFICE OF THE U. S. ATTORNEY FOR THE DISTRICT OF NEW JERSEY ET AL., *ante,* p. 839;

No. 82–6960.   CLARK *v.* MARSTON ET AL., *ante,* p. 874;

No. 83–53.   CHESAPEAKE & OHIO RAILWAY CO. *v.* SCHAAF, *ante,* p. 848;

No. 83–5107.   BROWN *v.* LUTHERAN HOSPITAL SOCIETY OF SOUTHERN CALIFORNIA, DBA SANTA MONICA HOSPITAL MEDICAL CENTER, *ante,* p. 856; and

No. 83–5244.   TUCKER *v.* LONDON GOLD EXCHANGE, *ante,* p. 897.   Petitions for rehearing denied.

NOVEMBER 28, 1983

No. 83–451.   WILSON *v.* COMMISSIONER OF INTERNAL REVENUE.   Appeal from C. A. 10th Cir. dismissed for want of jurisdiction.

No. 83–534.   FARBER *v.* OREGON.   Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question. ■

No. 83–535.   MARSHFIELD FAMILY SKATELAND, INC., ET AL. *v.* TOWN OF MARSHFIELD.   Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.   JUSTICE BRENNAN and JUSTICE WHITE would note probable jurisdiction and set case for oral argument. ■